### UNITED STATES of America, Plaintiff–Appellee,

v.

### Charles Anthony BROWN, Defendant–Appellant.

### No. 00–7303.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 25, 2001.

Charles Anthony Brown, pro se. Marshall Prince, Office of the United States Attorney, Columbia, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Charles Anthony Brown appeals the district court's orders and judgment denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001), and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we grant Brown's motion to supplement his informal brief, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *United States v. Brown,* Nos. CR–94–297; CA–98–2620–12–4 (D.S.C. filed Aug. 14, 2000, entered Aug. 15, 2000; filed Aug. 24, 2000, entered Aug. 25, 2000 & Mar. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*